# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| RAMONA NELSON-MURRAY, | ) | C/A No.: 2:10-395 DCN |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | **ORDER** |
| WALGREEN CO., | ) | |
| Defendant. | ) | |

This matter is before the court upon defendant Walgreen Co.'s Motion to Compel plaintiff Ramona Nelson-Murray to submit full and complete answers and responses to defendant's first set of interrogatories and first set of request for production . The motion was filed on April 20, 2010.

**IT IS THEREFORE ORDERED,** that the Motion to Compel is **GRANTED**. Plaintiff shall produce these documents by noon on Wednesday, May 5, 2010.

**AND IT IS SO ORDERED**.

David C. Norton
Chief United States District Judge

Charleston, South Carolina
April 28, 2010